Bailey & Orozco, LLC
Michael Orozco, Attorney for Defendant
744 Broad Street, Suite 1901
Newark, N.J. 07102
(973) 693-4408

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA

Case No.: 11-735

v.

JAIME GARCIA

CONSENT ORDER SETTING
AMENDED CONDITIONS OF BAIL

Honorable Susan Wigenton, United States District Judge

The Court orders the defendant's bail conditions, previously set on June 8th, 2011, and then further amended by way of a consent order on October 14, 2011, be amended by way of agreement between the defendant and the Government as set forth below:

Defendant's curfew shall be extended to 8:00 pm daily so as to allow him visitation with his youngest child.

All other bail conditions shall remain in full force and effect.

SO ORDERED

DATED: December 19, 2011

Honorable Susan Wigenton
United States District Judge

Agreed as to form:

Barbara Hutchinson
Barbara Hutchinson, New Jersey Pre Trial Services

_____
Mary E. Toscano,
Special Assistant United States Attorney